*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 18-BG-554

FILED 06/28/2018
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

IN RE JOHN L. MACHADO, RESPONDENT.

A Member of the Bar of the District of Columbia Court of Appeals

(Bar Registration No. 449961)

On Report and Recommendation
Of the Board on Professional Responsibility

(BDN 253-14)

(Decided June 28, 2018)

Before GLICKMAN and THOMPSON, *Associate Judges*, and STEADMAN, *Senior Judge*.

PER CURIAM: In this case, the Board on Professional Responsibility has adopted the Ad Hoc Hearing Committee's uncontested findings and conclusions that respondent John L. Machado (1) neglected a client whom he was appointed to represent in a criminal case under the Criminal Justice Act (CJA), (2) disregarded court orders in the case, causing the court to vacate his appointment and remove him from the panel of attorneys eligible to receive CJA appointments; and (3)

failed to timely respond to Disciplinary Counsel's inquiries concerning the foregoing matters, in violation of Rules of Professional Conduct 1.1 (a), 1.1 (b), 1.3 (a), 1.3 (b)(1), 1.3 (c), 3.4 (c), and 8.4 (d). For these violations, the Board recommends that respondent's license to practice law as a member of the Bar of the District of Columbia be suspended for a period of 90 days, with the suspension stayed in favor of a two-year period of probation during which respondent must meet certain conditions. No exceptions having been filed to the Board's report, we shall impose the recommended discipline. *See* D.C. Bar R. XI, § 9 (h)(2). Accordingly, it is

ORDERED that John L. Machado is hereby suspended from practicing law in the District of Columbia for a period of 90 days, with the suspension stayed in favor of a two-year period of probation. During the probationary period respondent shall not commit any further Rule violations; shall meet with a practice monitor at least quarterly and follow the monitor's recommendations; and shall execute a waiver to permit the monitor to file quarterly reports with the Office of Disciplinary Counsel and the Board of Professional Responsibility. If respondent violates any of the conditions of his probation, Disciplinary Counsel may petition for imposition of the stayed suspension.